IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.,

    Plaintiff,

v.

OREGON AESTHETIC TECHNOLOGIES, INC.,

    Defendant.
    /

No. C 10-05053 WHA

**COURT REQUEST FOR INFORMATION IN RESPONSE TO JOINT REQUEST FOR CONTINUANCE**

    There is a circularity in this situation. Originally, this action was stayed in favor of the Oregon court deciding the same dispute. Now, however, it appears that the Oregon court has stayed its action pending FDA action, at least up to September 30, 2012. To complicate matters, counsel report there is a written settlement agreement in this very action. Why, then, can't this action be closed completely? Please answer by **NOON ON DECEMBER 12, 2011**. For the time being, the matter will remain on calendar for December 15.

    **IT IS SO ORDERED.**

Dated: December 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE