1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   RALPH A. ZAPPALA, SB# 102052
2     E-Mail: zappala@lbbslaw.com
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: 415.362.2580
4  Facsimile: 415.434.0882

5  Attorneys for Defendant OREGON
   AESTHETIC TECHNOLOGIES, INC.
6

7  **ROPES & GRAY LLP**
   Peter M. Brody (Pro Hac Vice)
8     E-mail: Peter.Brody@ropesgray.com
   700 12th Street, N.W., Suite900
9  Washington, DC 20005-3948
   Tel: (202) 508-4612
10 Fax: (202) 383-7777

11 Attorneys for Plaintiff
   TRIA BEAUTY, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| 17 | TRIA BEAUTY, INC., | CASE NO. C-10-05053-WHA |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TRANSFER THE ACTION** |
| 19 | vs. | |
| 20 | OREGON AESTHETIC TECHNOLOGIES, INC., | Trial Date:    None Set |
| 21 | | |
| 22 | Defendant. | |

23
       Plaintiff TRIA BEAUTY, INC. ("TRIA") and Defendant OREGON AESTHETIC
24
   TECHNOLOGIES, INC. ("OAT") stipulate and agree to the transfer of this action to the
25
   United States District Court, District of Oregon, Portland Division, Case No. 10-cv-1362-
26
   JE.
27

28

DATED: December 12, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By:   /S/
                                        Ralph A. Zappala
                                        Attorneys for Defendant OREGON
                                        AESTHETIC TECHNOLOGIES, INC.

DATED: December 12, 2011          ROPES & GRAY LLP

                                  By:   /S/
                                        Peter Brody
                                        Attorneys for Plaintiff TRIA BEAUTY, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Ralph A. Zappala, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2011, in San Francisco, California.

                                  _____/s/_____
                                  Ralph A. Zappala

**IT SO ORDERED**

DATED: December 12, 2011          By: _____
                                        District Judge William Alsup