**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RALPH A. ZAPPALA, SB# 102052
  E-Mail: zappala@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant OREGON
AESTHETIC TECHNOLOGIES, INC.

**ROPES & GRAY LLP**
Peter M. Brody (Pro Hac Vice)
  E-mail:  Peter.Brody@ropesgray.com
700 12th Street, N.W., Suite 900
Washington, DC  20005-3948
Tel:  (202) 508-4612
Fax:  (202) 383-7777

Attorneys for Plaintiff
TRIA BEAUTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., | CASE NO. C-10-05053-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TRANSFER THE ACTION** |
| vs. | |
| OREGON AESTHETIC TECHNOLOGIES, INC., | Trial Date:    None Set |
| Defendant. | |

Plaintiff TRIA BEAUTY, INC. ("TRIA") and Defendant OREGON AESTHETIC TECHNOLOGIES, INC. ("OAT") stipulate and agree to the transfer of this action to the United States District Court, District of Oregon, Portland Division, Case No. 10-cv-1362-JE.

4835-4761-2942.1                                                                                    C-10-05053-WHA
STIPULATION AND [PROPOSED] ORDER TO TRANSFER THE ACTION

1  DATED: December 12, 2011                LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3
                                           By:      /S/
4                                                Ralph A. Zappala
                                                 Attorneys for Defendant OREGON
5                                                AESTHETIC TECHNOLOGIES, INC.

6

7
   DATED: December 12, 2011                ROPES & GRAY LLP
8

9

10                                         By:      /S/
                                                 Peter Brody
11                                               Attorneys for Plaintiff TRIA BEAUTY, INC.

12

13             **ATTESTATION PURSUANT TO GENERAL ORDER 45**

14       I, Ralph A. Zappala, attest that concurrence in the filing of this document has been

15  obtained from each of the other signatories.  I declare under penalty of perjury under the

16  laws of the United States of America that the foregoing is true and correct.

17       Executed on December 12, 2011, in San Francisco, California.

18
                                                  _____/s/_____
19                                                Ralph A. Zappala

20

21  **IT SO ORDERED**

22
    DATED: December 12, 2011                By: _____
23                                               District Judge William    Alsup

24

25

26

27

28